O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET RICE,<br><br>            Plaintiff,<br>    v.<br><br>CRST INTERNATIONAL ENTERPRISE;<br>CRST VAN EXPEDITED, INC.;<br>ROBERT GROSS; DOES 1–50, inclusive,<br><br>            Defendants. | Case No. 5:14-cv-00148-ODW(JCx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [7]** |

On January 23, 2014, Defendants removed Plaintiff Margaret Rice's state-court action to this Court. (ECF No. 1.) A week later, Defendants moved to dismiss the Complaint. (ECF No. 7.) But on February 3, 2014, Rice filed a First Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(B), thereby rendering the original Complaint ineffective. The Court accordingly **DENIES** Defendants' Motion to Dismiss **AS MOOT**. (ECF No. 7.)

**IT IS SO ORDERED.**

February 6, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**